ACCEPTED
01-15-00761-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 2:30:39 PM
CHRISTOPHER PRINE
CLERK

# LAW OFFICE OF JANICE L. BERG

1314 Texas Avenue, Suite 1515 | Houston, Texas 77002
T: (713) 993-9100 | F: (713) 225-0099
janice@janiceberglaw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/21/2015 2:30:39 PM

CHRISTOPHER A. PRINE
Clerk

October 21, 2015

**VIA E-FILING**

Clerk of the Court
First Court of Appeals
201 Fannin
Houston, Texas 77002

   Re: No. 01-15-00761-CV; In re Fountain Firearms, in the First
     Court of Appeals at Houston

To the Clerk of the Court:

  Please accept this letter as notice that the trial court clerk in the matter listed above has scheduled a hearing for **December 15, 2015**, pursuant to this Court's September 15, 2015 Order of Abatement. Attached to this letter as **Exhibit A** is a true and correct copy of an email from the Court Coordinator of the 240th Judicial District Court of Fort Bend County, Texas confirming that setting.

  Please do not hesitate to contact this office if you wish to discuss this case further.

       Respectfully submitted,

       LAW OFFICE OF JANICE L. BERG
       Janice L. Berg
       State Bar No. 24064888
       1314 Texas Avenue, Suite 1515
       Houston, Texas 77002
       (t) 713-993-9100 | (f) 713-225-0099
       service@janiceberglaw.com

1

LAW OFFICE OF DANIEL J. LEMKUIL
**Daniel J. Lemkuil**
State Bar No. 00778448
1314 Texas Avenue, Suite 1515
Houston, Texas 77002
(t) 713-993-9100 | (f) 713-225-0099
daniel_lemkuil@flash.net
**ATTORNEYS FOR RELATOR**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure on October 21, 2015.

*/s/ Janice L. Berg*

Janice L. Berg

**Daniel Lemkuil**

| | |
|---|---|
| **From:** | Shifferly, Sheila <Sheila.Shifferly@fortbendcountytx.gov> |
| **Sent:** | Monday, September 21, 2015 12:34 PM |
| **To:** | Daniel_Lemkuil@flash.net |
| **Subject:** | FW: 13-DCV-205348 Mark Herfort vs Fountain Firearms |

**From:** Shifferly, Sheila
**Sent:** Monday, September 21, 2015 12:21 PM
**To:** 'Daniel_Lemkuil@flashl.net'; 'rdonato@donatominxbrown.com'; 'jsunosky@donatominxbrown.com'
**Subject:** 13-DCV-205348 Mark Herfort vs Fountain Firearms

Good Afternoon,
The court is setting this case for a hearing on December 15, 2015 at 9am regarding the Order of Abatement from the Court of Appeals and to address any other matters.
If you have any question, please feel free to email me.
Thank You,

*Sheila Shifferly*
240th District Court Coordinator
281.341.8600
Sheila.Shifferly@fortbendcountytx.gov

# EXHIBIT A

1